MEMORANDUM OPINION













 

 

 

 

 

 

 

 

 

 

 

MEMORANDUM OPINION

 

 

No. 04-08-00017-CR

 

Javier RAMIREZ,

Appellant

 

v.

 

The STATE of Texas,

Appellee

 

 

From the 379th Judicial District Court, Bexar County, Texas

Trial Court No. 2004-CR-6111

Honorable Bert Richardson, Judge Presiding

 

PER CURIAM

 

Sitting:            Alma
L. López, Chief Justice

Rebecca Simmons, Justice

Steven C. Hilbig, Justice

 

Delivered and Filed: 
March 12, 2008

 

DISMISSED

 

Appellant has filed a motion to dismiss this appeal by
withdrawing his notice of appeal.  The
motion is granted and this appeal is dismissed. 
See Tex. R. App. P.
42.2(a).

 

PER CURIAM

DO NOT PUBLISH